FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 SEP 30  P 2: 24

SIGN
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST MONTGOMERY (#315014)

VERSUS                                                        CIVIL ACTION NO.: 07-585-JVP-DLD

CORNEL H. HUBERT, WARDEN, ET AL

## RULING ON MOTION FOR SUMMARY JUDGMENT

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 10, 2008 (doc. 54). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendant M. Hegman are **DISMISSED** for failure to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the motion for summary judgment of the remaining defendant, Cornel Hubert (doc. 24) is hereby **GRANTED**, dismissing the plaintiff's claims against this defendant for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

*[signature: John V. Parker]*
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA